IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21-355 |
| DEREK HILLEBRAND ) <br> GEORGE CHARLAN ) <br> YUSUF ADEKUNLE ) <br> MARCO ARMENTA ) <br> SILVIA AYALA ) <br> FRANCISCO BARBA ) <br> AMY BORTOT ) <br> BRANDON CODER ) <br> TERRENCE DOUGHERTY ) <br> DARREN DOUGLAS ) <br> MARCO GALVEZ ) <br> CHAD GASBARRE ) <br> DANIELLE GILLAM ) <br> KENNETH GILLAM ) <br> MORGAN GREGORY ) <br> DARRYL ISAACS ) <br> KRISTY LEPIONKA ) <br> CHRISTIAN MALDONADO ) <br> LISANDRA MALDONADO ) <br> ABEL PEREZ ) <br> JEFFREY PETERS ) <br> MEGAN PYNE ) <br> ARMANDO RAZO JR. ) <br> a/k/a ARMADO RAZO JR. ) <br> CHRISTOPHER ROBERTSON ) <br> BRENTON RYANS ) <br> RYAN SCHOENING ) <br> BRENT SHAFFER ) <br> CHRISTINA SHAFFER ) <br> MELVIN SHELANDER ) <br> DARNELL SMITH ) <br> TAYLOR THOMAS ) <br> JUAN VILLAGRAN ) <br> JOSE VILLALOBOS ) <br> JAMES WHITE ) <br> JAMES WILLIAMS JR. ) <br> TRAVIS WILLIAMS ) <br> JUSTIN ZERUTH ) | |

MOTION TO UNSEAL INDICTMENT
AND ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Jonathan D. Lusty, Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order unsealing the Indictment returned in this case and the Arrest Warrants issued pursuant to said indictment. In further support of this Motion, the United States avers as follows:

1. On August 24, 2021, an indictment was returned by the grand jury charging the above-named defendants with violating Title 21, United States Code, Sections 846 (ALL DEFENDANTS); 841(a)(1) and 841(b)(1)(B)(viii) (GREGORY); 841(a)(1) and 841(b)(1)(C) (PETERS); 841(a)(1) and 841(b)(1)(B)(viii) (CHRISTINA SHAFFER), and Title 18, United States Code, Sections 1956(h) (HILLEBRAND, CHARLAN, AYALA, BARBA, CODER, LEPIONKA, CHRISTIAN MALDONADO, LISANDRA MALDONADO, RYANS, SCHOENING, SMITH, THOMAS, and CHRISTINA SHAFFER); and 922(g)(1) (ZERUTH). Arrest Warrants were issued pursuant to said indictment.

2. On August 24, 2021, this Court issued an Order sealing the aforesaid Indictment and Arrest Warrants, together with the Motion to Seal, until further Order of Court.

3. On August 31, 2021, most of the defendants were apprehended and taken into custody.

4. Based upon the foregoing, the United States believes and therefore avers that it is in the interest of justice that the Indictment returned in this case and Arrest Warrants issued thereby, now be unsealed.

WHEREFORE, the United States of America respectfully requests that this Court issue an Order unsealing the Indictment returned in this case and the Arrest Warrants issued pursuant to the indictment.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

By: *s/Jonathan D. Lusty*
JONATHAN D. LUSTY
Assistant U.S. Attorney
PA ID No. 311180