IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                Plaintiff,

v.                                        Case No.: 2:21−cr−00355−CCW

                                                Judge Christy Criswell Wiegand

JEFFREY PETERS, et al.

                Defendant.

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: Sally Frick.

Government: Jonathan Lusty.

Date of Arraignment: 9/3/2021.

Defendant entered a plea of Not Guilty.

The parties were advised that all pretrial motions must be filed within fourteen (14) days.

A Rule 16 Conference: has not been held.

Discovery is not completed.

Defendant has requested to be tried by: Jury.

Estimated trial length: 17 days

                                                                   s/ Cynthia Reed Eddy

                                                               United States Magistrate Judge